**BROWN RUDNICK**
Seven Times Square
New York, New York  10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
In re:                              :    Chapter 15
                                    :    Case No. 10-13164 (BRL)
                                    :
FAIRFIELD SENTRY LIMITED, et al.,   :
                                    :
                    Debtors,        :
------------------------------------x
                                    :
FAIRFIELD SENTRY LIMITED, et al.,   :
                                    :
                    Plaintiffs,     :
                                    :    Adv. Pro. No. 10-03496 (BRL)
            v.                      :    (Administratively Consolidated)
                                    :
THEODOOR GGC AMSTERDAM, et al.,     :
                                    :
                    Defendants.     :
------------------------------------x
                                    :
FAIRFIELD SENTRY LIMITED, et al.,   :
                                    :
                    Plaintiffs,     :
                                    :
            v.                      :    Adv. Pro. No. 10-03872 (BRL)
                                    :
BANQUE SAFRA LUXEMBOURG SA, et al., :
                                    :
                    Defendants.     :
------------------------------------x

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041, the plaintiffs hereby dismiss this adversary

-2-

proceeding with prejudice and without costs. This dismissal applies to Adversary Proceeding No. 10-03872 only, and not to any of the other consolidated proceedings.

Dated: New York, New York
November 11, 2011

/s/ David J. Molton
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
S. Ethan Bowers
Brown Rudnick LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 209-4800

*Attorneys for Plaintiffs*
